# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**LEMARKUS ANTWAN SNOW,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 03-549-CB-D**

**SHERIFF JACK TILLMAN, et al.,**

    **Defendants.**

## ORDER

This matter is before the court on the plaintiff's *pro se* Objection to the Report and Recommendation entered on the defendant's Motion for Summary Judgment. The Magistrate Judge found in plaintiff's favor on defendants' motion; plaintiff does not offer any argument or basis for his objection. It appears that the plaintiff misunderstands the effect of the order–he argues against what he terms the 'dismissal' of the defendants' motion as though he were arguing against dismissal of his case. The defendants' Motion for Summary Judgment was defendant's attempt to have plaintiff's case dismissed; plaintiff won on that motion, demonstrating to the magistrate's satisfaction that he had enough evidence to proceed. His efforts to object to that result are clearly the result of his misunderstanding.

The government has not filed an objection to the Report and Recommendation within the time provided. Accordingly, it is hereby **ORDERED** that defendant's Objection to the Report and Recommendation is **DENIED**. It is further **ORDERED** that the Report and Recommendation is adopted as the opinion of the court, and defendant's Motion for Summary Judgment is **DENIED**.

**DONE** this the 11th day of August, 2005.

                                                *s/Charles R. Butler, Jr.*
                                                **Senior United States District Judge**