## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LEMARKUS ANTWAN SNOW,           :

    Plaintiff,                  :

vs.                                                                CA 03-0549-KD-C

                                            :

SHERIFF JACK TILLMAN, et al.,

                                            :

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2006 is **ADOPTED** as the opinion of this Court.

    **DONE** this 7th day of December, 2006.

                      /s/ Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **UNITED STATES DISTRICT JUDGE**